*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**      Date:    May 13, 2019

vs.      Case No.: 19-03055-01-CR-S-MDH

**JASON HAMANN**

**Honorable David P. Rush, presiding at Springfield, Missouri**

Nature of Hearing:    Initial Appearance – Indictment
                         Arraignment
                         Scheduling Conference

Time Commenced:    9:30 a.m.                   Time Terminated:    9:33 a.m.

APPEARANCES

Plaintiff:     Jody Stockard, AUSA
Defendant:    Ann Koszuth, FPD

Proceedings:    Parties appear as indicated above. Defendant appears in person.

                 Defendant waives formal reading of the indictment and enters a plea of not guilty. A scheduling order setting forth discovery deadlines will be entered by the Court.

                 Defendant in custody.

Courtroom Deputy/ERO:    Karla Berziel