IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal Action No. 19-03055-01 |
| JASON HAMANN, ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW**, Stuart P. Huffman, Attorney for Defendant Jason Hamann, and for his Motion to Withdraw as Counsel respectfully submits the following:

1. There is a potential conflict of interest.

WHEREFORE, for the reason stated herein, the undersigned counsel respectfully request this Court grant him leave to withdraw as counsel at this time in this causes of action.

WHITEAKER & WILSON, P.C.
By */s/ Stuart P. Huffman*
Stuart P. Huffman, Missouri Bar No. 49633
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the United States Attorney and all other CM/ECF participants in this case.

    By */s/ Stuart P. Huffman*
Stuart P. Huffman
Missouri Bar No. 49633
*Attorney for Defendant*
WHITEAKER & WILSON, P.C.
Post Office Box 3758
Springfield, MO 65808-3758
Telephone: (417) 882-7400
Facsimile: (417) 882-6101