# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
December 2, 2019

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, November 5, 2019, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing December 2, 2019.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is January 6, 2020, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>November 5, 2019</u>**

| Case Number | | Party | Counsel |
|---|---|---|---|
| 18-03060-CR-S-RK | | United States | Casey Clark |
| | | v. | |
| | -01 | Raymond E. Forrester, Jr. | Michelle Law |
| | -02 | Mark Lamb | Josh Roberts |
| | -03 | Michael P. Klotz | James Hayes |
| | | | |
| 19-03019-CR-S-MDH | | United States | Jessica Keller |
| | | v. | |
| | -02 | Carl Eugene Burnett | Michelle Law |
| | | | |
| 19-03143-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Timothy Carnelison, Jr. | Ian Lewis |

| | | | |
|---|---|---|---|
| 19-03115-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | John F. Vann | Michelle Moulder |
| | | | |
| 19-05053-CR-SW-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | David Antonio Hughes | Ann Koszuth |
| | | | |
| 19-03069-CR-S-BCW | | United States | Abe McGull |
| | | v. | |
| | -01 | Steven T. Hook | David Mercer |
| | -02 | Tallisha R. Malone | Krisitn Jones |
| | | | |
| 19-03131-CR-S-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Lori Ann Burleson | Kelli Greenwood Anderson |
| | | | |
| 19-03140-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Thomas Lynne Wright | David Mercer |
| | | | |
| 19-05049-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Michael S. Creel | Ben McBride |

| | | | |
|---|---|---|---|
| 19-05038-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Richard Michael Vaughn | David Mercer |
| | | | |
| 19-03133-CR-S-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Ryon L. Woody | Tom Carver |
| | -02 | Tyler Partlow | Stuart Huffman |
| | | | |
| 19-03119-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Donnie D. Lodwick | Elizabeth Turner |
| | | | |
| 19-03127-CR-S-BP | | United States | Jessica Keller |
| | | v. | |
| | -01 | Ronald Leon Witte | Stuart Huffman |
| | | | |
| 19-03112-CR-S-MDH | | United States | Tony Brown |
| | | v. | |
| | -01 | Chad James Woelich | Ann Koszuth |
| | | | |
| 19-03024-CR-S-SRB | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Lee H. Nazarian | Ann Koszuth |

| | | | |
|---|---|---|---|
| 19-03028-CR-S-MDH | | United States | Byron Black |
| | | v. | |
| | -02 | Robin L. Self | Kristin Jones |
| | -03 | Patrick R. Waters | Josh Roberts |
| | -05 | Keith D. Butchee | Stuart Huffman |
| | -07 | Jason L. Thomas | Marsha Jackson |
| | -08 | Jordan H. Williamson | Megan McCullough |
| | | | |
| 19-03061-CR-S-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Bernard Houston | Michelle Law |
| | | | |
| 18-03125-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Steven Edward Cherry | Branden Twibell |
| | | | |
| 19-03062-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Anthony T. Jones | Michelle Law |
| | | | |
| 19-03055CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Jason Hamann | Stuart Huffman |

| | | | |
|---|---|---|---|
| 19-03060-CR-S-SRB | | United States | Jessica Keller |
| | | v. | |
| | -01 | Kyle A. McCormick | Ann Koszuth |
| | -02 | Robbie D. Vanburskirk | David Back |
| | -03 | Daryl W. Dickey | Darryl Johnson |
| | -05 | Scott P. Lewis | Russ Dempsey |
| | -06 | Jesse L. Rose | James Hayes |
| | | | |
| 18-03141-CR-S-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Brady T. Boris | James Hayes |
| | | | |
| 19-03029-CR-S-BP | | United States | Byron Black |
| | | v. | |
| | -01 | Bryce S. Amador | Michelle Law |
| | -02 | Richard D. Sweaney | David Back |
| | -03 | Amanda Henderson | Megan McCollough |
| | -06 | Jessica Rushing | Brian Risley |
| | | | |
| 19-03068-CR-S-BP | | United States | Byron Black |
| | | v. | |
| | -01 | Andrew Trammell | Curtis Garner |

| | | | |
|---|---|---|---|
| 18-05023-CR-SW-SRB | | United States | Jody Stockard |
| | | v. | |
| | -03 | Daniel R. Vallejo | David Back |
| | -04 | Alexander Barrios | Branden Twibell |
| | -05 | Christopher D. Thompson | Jason Coatney |
| | -06 | Craig Whittington | Josh Roberts |
| | -07 | Lance Whittington | Ryan Reynolds |
| | -08 | Kristina S. Thompson | Erica Mynarich |
| | -09 | Breanna R. Lenten | Megan McCullough |
| | -10 | Ashley D. Sullivan | Alison Hershewe |
| | -11 | Joel A. Bell | Penny Speake |
| | -12 | Carrie A. Smith | Gary Wilson |
| | -13 | Mark D. Batchelor | James Hayes |
| | -16 | Deann Carpenter | Marsha Jackson |
| | -18 | Kiley M. Carpenter | Agi Prevendarcsik |
| | | | |
| 18-03099-CR-S-RK | | United States | Jody Stockard |
| | | v. | |
| | -01 | Crystal L. Burdette | Megan McCullough |
| | | | |
| 19-05024 -CR-SW-BP | | United States | Jim Kelleher |
| | | v. | |
| | -01 | William Lee Potts | Michelle Law |

| | | |
|---|---|---|
| 18-05003-CR-SW-RK | United States | Ami Miller |
| | v. | |
| -01 | Amanda Ruth Schweitzer | Kristin Jones |
| | | |
| 19-5023-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Christopher Chamberlin | Stuart Huffman |
| | | |
| 19-05032-CR-SW-RK | United States | Bill Meiners |
| | v. | |
| -01 | Jessica B. Chavez | David Mercer |
| -02 | Justin T. Coffman | Erica Mynarich |
| | | |
| 19-03072-CR-S-SRB | United States | Jody Stockard |
| | v. | |
| -02 | Jasmine D. Steed | Erica Mynarich |
| -03 | Demario J. Brown | Penny Speake |
| -04 | Richard J. Smith | James Hayes |
| -05 | Rashad J. Moore | Ben McBride |
| | | |
| 19-05036-CR-SW-BCW | United States | Ami Miller |
| | v. | |
| -01 | Brian Nicholas Ash | Branden Twibell |

| | | | |
|---|---|---|---|
| 18-03137-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Deanna L. Harris | Ann Koszuth |
| | -02 | Robin Parker | Alison Hershewe |
| 18-03087-CR-S-BCW | | United States | Bill Meiners |
| | | v. | |
| | -01 | Ivory C. Williams | Ian Lewis |
| 18-03064-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Alex Keltner | Ann Koszuth |
| 19-03053-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Chance Donaldson | Andrew Miller |
| 19-03054-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Rusty J. Rose | Ian Lewis |
| 19-03037-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Geoffrey B. Worman | Ian Lewis |

| | | | |
|---|---|---|---|
| 19-05014-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Victor M. De Santiago | Josh Roberts |
| | | | |
| 19-03089-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Dustin Gowens | Agi Prevendarcsik |
| | | | |
| 18-03007-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -04 | David A. Scott | Stuart Huffman |
| | -07 | James Chalk | Gary Wilson |
| | -08 | Amber L. Brake | James Hayes |
| | | | |
| 19-05010-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Jeremy F. Diel | James Hayes |
| | | | |
| 17-03037-CR-S-SRB | | United States | Abe McGull |
| | | v. | |
| | -05 | Tracy Doyle | Alison Hershewe |
| | -07 | Jacob Mark Loo | John Appelquist |

| | | | |
|---|---|---|---|
| 17-03102-CR-S-BCW | | United States | Abe McGull |
| | | v. | |
| | -01 | Dustin S. Piper | Don Cooley |
| 19-03138-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Michael Kindrick | Michelle Moulder |
| 19-03143-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Timothy McClain | Michelle Law |
| 19-03111-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Erik Finster | Ian Lewis |
| 19-03135-CR-S-MDH | | United States | Byron Black |
| | | v. | |
| | -03 | Tiffany N. Ballhagen | Erica Mynarich |
| 19-05050-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | William E. Florian Palma | Ann Koszuth |

| | | |
|---|---|---|
| 19-03077-CR-S-MDH | United States | Jessica Keller |
| | v. | |
| -01 | Jerry D. Thornton | Steve Meier |

 

                                              */s/ David P. Rush*
                                               DAVID P. RUSH
                                      UNITED STATES MAGISTRATE JUDGE

Date: October 18, 2019