# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-03055-01-CR-S-MDH |
| JASON A. HAMANN, | |
| Defendant. | |

### FINAL ORDER OF FORFEITURE AND RELEASE OF CURRENCY HELD BY THE UNITED STATES MARSHALS SERVICE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture, and Release of Currency Held by the United States Marshals Service. On November 30, 2022, this Court entered a Preliminary Order of Forfeiture forfeiting $11,280 in United States currency, seized on or about December 8, 2018, to the United States.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on April 7, 2023, and ending on May 6, 2023. A copy of the Declaration of Publication is on file with the Court. There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice.

Based upon the plea agreement, the Court finds that the defendant Jason A. Hamann had an interest in the property that is subject to forfeiture pursuant to Title 21 United States Code, Section 853.

On September 22, 2020, an Order of Transfer was issued in the Circuit Court of Laclede County, Missouri, transferring approximately $11,958.00 in U.S. currency seized from Jason Allen Hamann from the custody of local law enforcement officers to a federal agency.

Local law enforcement subsequently turned over $12,058.00 in U.S. currency to the United States Drug Enforcement Administration.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and $11,280 in United States currency seized on or about December 8, 2018, is hereby forfeited to the United States pursuant to Title 21 United States Code, Section 853, and is to be disposed of according to law.

2. The United States Marshals Service shall return any remaining portion of the $12,058.00 in U.S. currency in their custody to the defendant Jason A. Hamann.[1]

3. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

4. The claims and interests of any other persons or parties are forever foreclosed and barred.

5. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

---

[1] The Debt Collection Improvement Act of 1996, 31 U.S.C. § 3716, requires the Department of Treasury and United States Marshals Service to offset Federal payments to collect delinquent non-tax debts owed to the United States. This act also authorizes past-due child support enforced by the states. If the defendant owes a debt to the United States (including but not limited to state enforced child-support), the United States Marshals Service will apply any funds ordered to be returned to him to this debt first, and any remaining amount (if any) will be disbursed to the defendant Jason A. Hamann.

2

Case 6:19-cr-03055-MDH   Document 71   Filed 08/16/23   Page 2 of 3

6. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

**IT IS SO ORDERED.**

**Dated: August 16, 2023**                                        /s/ Douglas Harpool
                                                                  **DOUGLAS HARPOOL**
                                                                  **United States District Judge**